**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| 2:20-cv-4686 | 2:22-cv-0554 | 2:22-cv-2871 |
| 2:20-cv-5367 | 2:22-cv-1665 | 2:22-cv-3061 |
| 2:20-cv-5709 | 2:22-cv-1666 | 2:22-cv-3071 |
| 2:20-cv-6256 | 2:22-cv-1831 | 2:22-cv-3118 |
| 2:21-cv-1460 | 2:22-cv-1896 | 2:22-cv-3225 |
| 2:21-cv-2103 | 2:22-cv-2028 | 2:22-cv-3294 |
| 2:21-cv-3803 | 2:22-cv-2068 | 2:22-cv-3333 |
| 2:21-cv-4950 | 2:22-cv-2100 | 2:22-cv-3425 |
| 2:21-cv-5039 | 2:22-cv-2197 | 2:22-cv-3812 |
| 2:21-cv-5496 | 2:22-cv-2204 | 2:22-cv-3841 |
| 2:21-cv-5828 | 2:22-cv-2212 | 2:22-cv-3954 |
| 2:21-cv-5866 | 2:22-cv-2369 | |
| 2:21-cv-5915 | 2:22-cv-2375 | |
| 2:21-cv-5922 | 2:22-cv-2411 | |
| 2:22-cv-0040 | 2:22-cv-2471 | |
| 2:22-cv-0537 | 2:22-cv-2609 | |

## **NOTICE**

**In light of the COVID-19 pandemic, the parties and mediators are ENCOURAGED to attempt mediation via telephone or videoconference.**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **March 2023**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm on January 30, 2023** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio